Patrick R. Leverty
**LEVERTY & ASSOCIATES LAW CHTD.**
Reno Gould House
832 Willow Street
Reno, NV 89502
Telephone: (775) 322-6636
Facsimile: (775) 322-3953
Email: pat@levertylaw.com

[Additional counsel on signature block]

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE CLEANSPARK, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 2:21-cv-01004-GMN-BNW<br><br>**JOINT STIPULATION [AND PROPOSED ORDER] EXTENDING THE DEADLINE TO SUBMIT A PROPOSED SCHEDULE** |

WHEREAS, on May 26, 2021, and June 22, 2021, respectively, Plaintiffs Andrea Ciceri and Mark Perna ("Plaintiffs") filed separate shareholder derivative actions (the "Related Derivative Actions") in this Court on behalf of Nominal Defendant CleanSpark, Inc. ("CleanSpark") against Defendants Zachary K. Bradford, Lori L. Love, S. Matthew Schultz, Roger P. Beynon, Larry McNeill, and Thomas L. Wood (collectively, the "Parties");

WHEREAS, on June 29, 2021, the Court entered an order, based on the Parties' stipulation dated June 25, 2021, consolidating the Related Derivative Actions into the above-captioned action,

1

appointing a leadership structure, and designating an operative complaint in the consolidated action (the "Consolidation Order");

WHEREAS, the Consolidation Order directed the Parties to "file a proposed schedule within 60 days of the date the Court enters this Order," that is, on or before August 30, 2021;

WHEREAS, on August 27, 2021, the Court entered an order, based on the Parties' stipulation dated August 25, 2021, directing the Parties to "file a proposed schedule on or before September 27, 2021"; and

WHEREAS, the Parties require additional time to submit their proposed schedule to the Court;

IT IS HEREBY STIPULATED AND AGREED, by the Parties hereto, through their undersigned counsel, subject to the approval of the Court, as follows:

1. The Parties shall file a proposed schedule on or before October 5, 2021. Defendants need not respond to the operative complaint until the date set in the Court's ruling on the proposed schedule.

2. Other than as agreed herein, the Parties reserve all rights.

**IT IS SO STIPULATED.**

Respectfully Submitted By:

DATED: September 27, 2021

  /S/ *Patrick Leverty*  
Patrick R. Leverty  
**LEVERTY & ASSOCIATES LAW CHTD.**  
Reno Gould House  
832 Willow Street  
Reno, NV 89502  
Telephone: (775) 322-6636  
Facsimile: (775) 322-3953  
Email: pat@levertylaw.com

### Order

**IT IS SO ORDERED**

**DATED:** 6:03 pm, September 28, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

*Liaison Counsel for Plaintiffs*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown

100007597.1

|   |   |
|---|---|
| 1 | |
| 2 | 767 Third Avenue, Suite 2501 |
|   | New York, NY 10017 |
| 3 | Telephone: (516) 922-5427 |
|   | Facsimile: (516) 344-6204 |
| 4 | Email: tbrown@thebrownlawfirm.net |

767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

DATED: September 27, 2021          **WILK AUSLANDER LLP**

　　　　　　　　　　　　　　　　　 /s/   Aari Itzkowitz
Aari Itzkowitz
825 Eighth Avenue
Suite 2900
New York, NY 10019
Telephone: (212) 981-2300
Facsimile: (212) 752-6380
Email: aitzkowitz@wilkauslander.com

*Counsel for Defendants*

100007597.1