Patrick R. Leverty
**LEVERTY & ASSOCIATES LAW CHTD.**
Reno Gould House
832 Willow Street
Reno, NV 89502
Telephone: (775) 322-6636
Facsimile: (775) 322-3953
Email: pat@levertylaw.com

*Liaison Counsel for Plaintiffs*

[Additional counsel on signature block]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE CLEANSPARK, INC. DERIVATIVE LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 2:21-cv-01004-GMN-BNW<br><br>**NOTICE THAT PLAINTIFFS ARE NOT FILING AN AMENDED COMPLAINT AT THIS TIME** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Andrea Ciceri and Mark Perna, derivatively on behalf of CleanSpark, Inc. ("Plaintiffs"), are not filing an amended complaint at this time.

On October 26, 2021, the Court issued a minute Order from the bench setting a schedule, which is referenced in the Joint Rule 26(F) Conference Report and Joint Discovery Plan that was so ordered by the Court on November 2, 2021 ("November 2 Order"). The November 2 Order states, in pertinent part, "Plaintiffs shall file their amended complaint, if any, on or before November 25, 2021[.]"

Plaintiffs hereby provide notice that they are not filing an amended complaint at this time.

                                                       Respectfully submitted,

DATED: November 26, 2021

                                                        _/s/ *Patrick Leverty*_____
Patrick R. Leverty
**LEVERTY & ASSOCIATES LAW CHTD.**
Reno Gould House
832 Willow Street
Reno, NV 89502
Telephone: (775) 322-6636
Facsimile: (775) 322-3953
Email: pat@levertylaw.com

*Liaison Counsel for Plaintiffs*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown (*pro hac vice*)
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*