1  MARK J. CONNOT (10010)
   COLLEEN E. MCCARTY (13186)
2  **FOX ROTHSCHILD LLP**
   1980 Festival Plaza Drive, Ste. 700
3  Las Vegas, NV 89135
   Telephone: 702.262.6899
4  Facsimile:  702.597.5503
   mconnot@foxrothschild.com
5  cmcarty@foxrothschild.com
   *Liaison Counsel for Defendants*
6
   MICHAEL VAN RIPER *(Pro Hac Vice Pending)*
7  NATALIE SHKOLNIK *(Pro Hac Vice Pending)*
   AARI ITZKOWITZ *(Pro Hac Vice Pending)*
8  JAY AUSLANDER *(Pro Hac Vice Pending)*
   **WILK AUSLANDER LLP**
9  825 Eighth Avenue, Ste. 2900
   New York, NY  10019
10 Telephone: 212-421-2902
   Facsimile: 212-752-6380
11 mvanriper@wilkauslander.com
   nshkolnik@wilkauslander.com
12 aitzkowitz@wilkauslander.com
   jauslander@wilkauslander.com
13 *Counsel for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE CLEANSPARK, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No. 2:21-cv-01004-GMN-BNW<br><br>**JOINT STIPULATION AND [Proposed]**<br>**ORDER TO STAY THIS MATTER** |

Plaintiffs Andrea Ciceri and Mark Perna ("Plaintiffs"), both derivatively on behalf of Nominal Plaintiff CleanSpark, Inc. ("CleanSpark") and Defendants Zachary K. Bradford, Lori L. Love, S. Matthew Schultz, Roger P. Beynon, Larry McNeill, Thomas L. Wood, and Nominal Defendant CleanSpark ("Defendants") (collectively, with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby enter into the following stipulation and proposed order:

**WHEREAS**, on October 26, 2021, this Court issued an Order from the bench setting the

1

following schedule for Plaintiffs' anticipated amended complaint and Defendants' anticipated motion to dismiss:

1. Plaintiffs shall file their amended complaint, if any, on or before November 25, 2021;
2. Defendants shall file their motion to dismiss the amended complaint, if any, on or before January 20, 2022;
3. Plaintiffs shall file their opposition to Defendants' motion to dismiss the amended complaint, if any, on or before March 3, 2022;
4. Defendants shall file their reply in further support of their motion to dismiss the amended complaint, if any, on or before April 10, 2022; and

**WHEREAS**, on November 2, 2021, the Court issued an Order endorsing the Parties' *Joint Rule 26(f) Conference Report and Joint Discovery Plan* (ECF No. 34), in which the Parties "reserve[d] the right to move for a stay of these proceedings in whole or in part"; and

**WHEREAS**, the Parties have now agreed to seek a complete stay of this matter on the terms set forth below pending resolution of an anticipated motion to dismiss by all defendants in the securities class action currently pending before the Hon. Loretta Preska in the Southern District of New York, *Bishins v. CleanSpark, Inc. et al.*, No. 21-cv-511 (LAP) (the "Securities Class Action"); and

**WHEREAS**, the resolution of the anticipated motion to dismiss in the Securities Class Action may significantly narrow the scope of the issues raised by the Parties in this matter, thereby conserving judicial time and resources as well as the time and resources of the Parties;

**IT IS HEREBY STIPULATED** by and between the Parties that:

1. This matter is hereby stayed.
2. The stay of proceedings in this matter shall be terminated immediately upon denial in whole or in part of the anticipated motion to dismiss by all defendants in the Securities Class Action, but the granting of that motion to dismiss with leave to amend shall not constitute a denial of the motion unless the plaintiffs in the class action do not amend within 60 days thereafter or within the time to amend

2

specified by the court in the Securities Class Action.

3. Alternatively, any party may terminate the stay of proceedings on 20 days' notice to counsel for all other Parties by email.

4. Any conferences currently scheduled in this matter shall be postponed until after the stay of proceedings is terminated.

5. Upon termination of the stay of proceedings in this matter, the Parties shall meet and confer and submit a proposed scheduling order for the Court's approval within two weeks of the date that the stay is lifted.

DATED: January 19, 2022

**WILK AUSLANDER LLP**

/s/Michael Van Riper
Jay S. Auslander
Natalie Shkolnik
Aari Itzkowitz
Michael Van Riper
825 Eighth Avenue, Ste. 2900
New York, New York 10019
(212) 421-2902 tel
(212) 752-6380 fax
jauslander@wilkauslander.com
nshkolnik@wilkauslander.com
aitzkowitz@wilkauslander.com
mvanriper@wilkauslander.com
*Counsel for Defendants*

**FOX ROTHSCHILD LLP**

/s/Colleen E. McCarty
MARK J. CONNOT (10010)
COLLEEN E. MCCARTY (13186)
1980 Festival Plaza Drive, Ste. 700
Las Vegas, NV 89135
mconnot@foxrothschild.com
cmcarty@foxrothschild.com
*Liaison Counsel for Defendants*

DATED: January 19, 2022

**LEVERTY & ASSOCIATES LAW CHTD**

/s/Patrick R. Leverty
PATRICK R. LEVERTY
Reno Gould House
832 Willow Street
Reno, NV 89502
pat@levertylaw.com
*Liaison Counsel for Plaintiffs*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Ste. 2501
New York, NY 10017
tbrown@thebrownlawfirm.net
*Co-Lead Counsel for Plaintiffs*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Avenue, 40th Fl.
New York, NY 10016
pkim@rosenlegal.com
*Co-Lead Counsel for Plaintiffs*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _____