MARK J. CONNOT (10010)
COLLEEN E. MCCARTY (13186)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Ste. 700
Las Vegas, NV 89135
Telephone: 702.262.6899
Facsimile:  702.597.5503
mconnot@foxrothschild.com
cmcarty@foxrothschild.com
*Liaison Counsel for Defendants*

MICHAEL VAN RIPER *(Pro Hac Vice)*
NATALIE SHKOLNIK *(Pro Hac Vice)*
AARI ITZKOWITZ *(Pro Hac Vice)*
JAY AUSLANDER *(Pro Hac Vice)*
**WILK AUSLANDER LLP**
825 Eighth Avenue, Ste. 2900
New York, NY  10019
Telephone: 212.421.2902
Facsimile: 212.752.6380
mvanriper@wilkauslander.com
nshkolnik@wilkauslander.com
aitzkowitz@wilkauslander.com
jauslander@wilkauslander.com
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE CLEANSPARK, INC. DERIVATIVE LITIGATION | Case No. 2:21-cv-01004-GMN-BNW |
| This Document Relates to:<br><br>ALL ACTIONS. | **JOINT STIPULATION AND [Proposed] ORDER EXTENDING DEADLINE TO SUBMIT A PROPOSED SCHEDULE** |

Plaintiffs Andrea Ciceri and Mark Perna ("Plaintiffs"), both derivatively on behalf of Nominal Plaintiff CleanSpark, Inc. ("CleanSpark") and Defendants Zachary K. Bradford, Lori L. Love, S. Matthew Schultz, Roger P. Beynon, Larry McNeill, Thomas L. Wood, and Nominal Defendant CleanSpark ("Defendants") (collectively, with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby enter into the following stipulation and proposed order:

1

100083279.1

**WHEREAS**, on January 21, 2022, this Court issued an Order staying proceedings in this matter (the "Stay Order"); and

**WHEREAS**, the Stay Order provided that the stay of proceedings in this matter would be terminated upon, inter alia, denial in whole or in part of the then-anticipated motion to dismiss by all defendants in the securities class action currently pending before the Hon. Loretta Preska in the Southern District of New York, *Bishins v. CleanSpark, Inc. et al.*, No. 21-cv-511 (LAP) (the "Securities Class Action"); and

**WHEREAS**, by Opinion & Order dated January 5, 2023, the court in the Securities Class Action denied defendants' motion to dismiss, thereby terminating the stay of proceedings in this matter; and

**WHEREAS**, the Stay Order further provided that the Parties meet and confer and submit a proposed scheduling order for the Court's approval within two weeks of the date that the stay of proceedings in this matter is lifted; and

**WHEREAS**, on January 20, 2023, the Court entered an order, based on the Parties' stipulation dated January 19, 2023, extending the deadline for the Parties to file either a proposed scheduling order or a notice updating the Court as to the progress of their meet and confer sessions on or before February 2, 2023; and

**WHEREAS**, on February 2, 2023, the Court entered an order, based on the Parties' stipulation dated February 1, 2023, extending the deadline for the Parties to file either a proposed scheduling order or a notice updating the Court as to the progress of their meet and confer sessions on or before February 24, 2023; and

**WHEREAS**, the Parties have been meeting and conferring, including by phone on January 13, 2023 and February 24, 2023, and additional discussions thereafter, concerning a proposed scheduling order; and

**WHEREAS**, the defendants' answer in the Securities Class Action was filed on February 15, 2023, and the parties to the Securities Class Action are due to file their Rule 26(f) report on or before April 24, 2023;

1   IT IS HEREBY STIPULATED AND AGREED, by the Parties hereto, through their
2   undersigned counsel, subject to the approval of the Court, as follows:
3       1.   The Parties shall file either a proposed scheduling order or a notice updating the
4   Court as to the progress of their meet and confer sessions on or before March 8, 2023.
5   Defendants need not respond to the operative complaint until the date set in the Court's
6   scheduling order.
7       2.   Other than as agreed herein, the Parties reserve all rights.

*[Signatures on following page]*

100083279.1

|  |  |
|---|---|
| DATED: February 24, 2023 | DATED: February 24, 2023 |
| **WILK AUSLANDER LLP** | **LEVERTY & ASSOCIATES LAW CHTD** |
| */s/ Michael Van Riper* | */s/ Patrick R. Leverty* |
| Jay S. Auslander | PATRICK R. LEVERTY |
| Natalie Shkolnik | Reno Gould House |
| Aari Itzkowitz | 832 Willow Street |
| Michael Van Riper | Reno, NV 89502 |
| 825 Eighth Avenue, Ste. 2900 | pat@levertylaw.com |
| New York, New York 10019 | *Liaison Counsel for Plaintiffs* |
| (212) 421-2902 tel |  |
| (212) 752-6380 fax | **THE BROWN LAW FIRM, P.C.** |
| jauslander@wilkauslander.com | Timothy Brown |
| nshkolnik@wilkauslander.com | 767 Third Avenue, Ste. 2501 |
| aitzkowitz@wilkauslander.com | New York, NY 10017 |
| mvanriper@wilkauslander.com | tbrown@thebrownlawfirm.net |
| *Counsel for Defendants* | *Co-Lead Counsel for Plaintiffs* |
|  |  |
| **FOX ROTHSCHILD LLP** | **THE ROSEN LAW FIRM, P.A.** |
|  | Phillip Kim |
| */s/ Colleen McCarty* | 275 Madison Avenue, 40th Fl. |
| MARK J. CONNOT (10010) | New York, NY 10016 |
| COLLEEN E. MCCARTY (13186) | pkim@rosenlegal.com |
| 1980 Festival Plaza Drive, Ste. 700 | *Co-Lead Counsel for Plaintiffs* |
| Las Vegas, NV 89135 |  |
| mconnot@foxrothschild.com |  |
| cmcarty@foxrothschild.com |  |
| *Liaison Counsel for Defendants* |  |

**ORDER**

IT IS SO ORDERED

**DATED:** 5:10 pm, February 27, 2023

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

100083279.1