1  MARK J. CONNOT (10010)
   COLLEEN E. MCCARTY (13186)
2  **FOX ROTHSCHILD LLP**
   1980 Festival Plaza Drive, Ste. 700
3  Las Vegas, NV 89135
   Telephone: 702.262.6899
4  Facsimile:  702.597.5503
   mconnot@foxrothschild.com
5  cmcarty@foxrothschild.com
   *Liaison Counsel for Defendants*
6
   MICHAEL VAN RIPER *(Pro Hac Vice)*
7  NATALIE SHKOLNIK *(Pro Hac Vice)*
   AARI ITZKOWITZ *(Pro Hac Vice)*
8  JAY AUSLANDER *(Pro Hac Vice)*
   **WILK AUSLANDER LLP**
9  825 Eighth Avenue, Ste. 2900
   New York, NY  10019
10 Telephone: 212.421.2902
   Facsimile: 212.752.6380
11 mvanriper@wilkauslander.com
   nshkolnik@wilkauslander.com
12 aitzkowitz@wilkauslander.com
   jauslander@wilkauslander.com
13 *Counsel for Defendants*

14                **UNITED STATES DISTRICT COURT**

15                       **DISTRICT OF NEVADA**

16  IN RE CLEANSPARK, INC. DERIVATIVE        Case No. 2:21-cv-01004-GMN-BNW
17  LITIGATION

18  This Document Relates to:               **JOINT STIPULATION AND [Proposed]**
                                            **ORDER EXTENDING DEADLINE TO**
19      ALL ACTIONS.                        **SUBMIT A PROPOSED SCHEDULE**
20

21

22          Plaintiffs Andrea Ciceri and Mark Perna ("Plaintiffs"), both derivatively on behalf of

23  Nominal Plaintiff CleanSpark, Inc. ("CleanSpark") and Defendants Zachary K. Bradford, Lori L.

24  Love, S. Matthew Schultz, Roger P. Beynon, Larry McNeill, Thomas L. Wood, and Nominal

25  Defendant CleanSpark ("Defendants") (collectively, with Plaintiffs, the "Parties"), by and

26  through their undersigned counsel, hereby enter into the following stipulation and proposed

27  order:

28
                                            1

                                                                            100084393.4

**WHEREAS**, on May 26, 2021, a shareholder derivative action was filed by Andrea Ciceri on behalf of nominal defendant CleanSpark, Inc. ("CleanSpark") before this Court, captioned *Ciceri v. Bradford, et al.*, Case No. 2:21-cv-01004-GMN-BNW (the "First Shareholder Derivative Action"); and

**WHEREAS**, on June 22, 2021, a second shareholder derivative action was filed by Mark Perna on behalf of nominal defendant CleanSpark in the United States District Court for the District of Nevada, captioned *Perna v. Bradford, et al.*, Case No. 2:21-cv-01181-GMN-BNW (the "Second Shareholder Derivative Action"); and

**WHEREAS**, on June 29, 2021, this Court issued an Order consolidating the Second Shareholder Derivative Action into this matter under the caption *In Re Cleanspark, Inc. Derivative Litigation*, 2:21-cv-01004-GMN-BNW (the "Consolidation Order"); and

**WHEREAS**, paragraph 11 of the Consolidation Order provides as follows:

> This Order shall apply to each related shareholder derivative action involving the same or substantially the same allegations, claims, and defendants, and arising out of the same, or substantially the same, transactions or events as the Consolidated Action, that is subsequently filed in, removed to, reassigned to, or transferred to this Court ("Potential Subsequent Related Derivative Action"). When a shareholder derivative action that properly belongs as part of *In re CleanSpark, Inc. Derivative Litigation*, Lead Case No. 2:21-cv-01004-GMN-BNW, is hereafter filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, this Court requests the assistance of counsel in calling to the attention of the Clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re CleanSpark, Inc. Derivative Litigation*, Lead Case No. 2:21-cv-01004-GMN-BNW, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to Potential Subsequent Related Derivative Actions filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court.

**WHEREAS**, on January 21, 2022, this Court issued an Order staying proceedings in this matter (the "Stay Order"); and

**WHEREAS**, the Stay Order provided that the stay of proceedings in this matter would be terminated upon, inter alia, denial in whole or in part of the then-anticipated motion to dismiss by

2

100084393.4

all defendants in the securities class action currently pending before the Hon. Loretta Preska in the Southern District of New York, *Bishins v. CleanSpark, Inc. et al.*, No. 21-cv-511 (LAP) (the "Securities Class Action"); and

**WHEREAS**, by Opinion & Order dated January 5, 2023, the court in the Securities Class Action denied defendants' motion to dismiss, thereby terminating the stay of proceedings in this matter; and

**WHEREAS**, the Stay Order further provided that the Parties meet and confer and submit a proposed scheduling order for the Court's approval within two weeks of the date that the stay of proceedings in this matter is lifted; and

**WHEREAS**, on January 20, 2023, the Court entered an order, based on the Parties' stipulation dated January 19, 2023, extending the deadline for the Parties to file either a proposed scheduling order or a notice updating the Court as to the progress of their meet and confer sessions to on or before February 2, 2023; and

**WHEREAS**, on February 2, 2023, the Court entered an order, based on the Parties' stipulation dated February 1, 2023, extending the deadline for the Parties to file either a proposed scheduling order or a notice updating the Court as to the progress of their meet and confer sessions on or before February 24, 2023; and

**WHEREAS**, on February 24, 2023, the Court entered an order, based on the Parties' stipulation dated February 24, 2023, extending the deadline for the Parties to file either a proposed scheduling order or a notice updating the Court as to the progress of their meet and confer sessions to on or before March 8, 2023; and

**WHEREAS**, the Parties have been meeting and conferring, including by phone on January 13, 2023, February 24, 2023, and March 6, 2023, and additional discussions thereafter, concerning a proposed scheduling order; and

**WHEREAS**, on February 24, 2023, a third shareholder derivative action was filed by Nicholas Iraci on behalf of nominal defendant CleanSpark in the Eighth Judicial District Court of

3

100084393.4

1  the State of Nevada in and for Clark County, captioned *Iraci v. Bradford, et al.*, Case No. A-23-

2  866172-C (the "Third Shareholder Derivative Action"); and

3       **WHEREAS**, on February 28, 2023, defendant S. Matthew Schultz ("Schultz") filed a

4  Petition for Removal and Notice of Petition for Removal, removing the Third Shareholder

5  Derivative Action to the United States District Court for the District of Nevada.  The Third

6  Shareholder Derivative Action is now pending in the United States District Court for the District

7  of Nevada before the Honorable Jennifer A. Dorsey, captioned *Iraci v. Bradford, et al.*, Case No.

8  2:23-cv-00315-JAD-NJK.  On March 6, 2023, defendant Schultz filed a Notice of Related Case

9  relating the Third Shareholder Derivative Action to this matter and asking that it be transferred to

10  this Court; and

11       **WHEREAS**, on March 1, 2023, a fourth shareholder derivative action was filed by Eric

12  Atanasoff on behalf of nominal defendant CleanSpark in the Eighth Judicial District Court of the

13  State of Nevada in and for Clark County, captioned *Atanasoff v. Bradford, et al.*, Case No. A-23-

14  866492-C (the "Fourth Shareholder Derivative Action"); and

15       **WHEREAS**, on March 7, 2023, defendant Schultz filed a Petition for Removal and

16  Notice of Petition for Removal, removing the Fourth Shareholder Derivative Action to the

17  United States District Court for the District of Nevada.  The Fourth Shareholder Derivative

18  Action is now pending in the United States District Court for the District of Nevada before the

19  Honorable Anne R. Traum, captioned *Atanasoff v. Bradford, et al.*, Case No. 2:23-cv-00358-

20  ART-BNW; and

21       **WHEREAS,** as a result of the recent filing of two additional, related shareholder

22  derivative actions, which should be consolidated into this matter pursuant to the Consolidation

23  Order, the Defendants requested that Plaintiffs agree to take additional time to prepare a

24  proposed scheduling order for this matter, and Plaintiffs consented.

25       THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the Parties hereto,

26  through their undersigned counsel, subject to the approval of the Court, as follows:

27       1.     The Parties shall file either a proposed scheduling order or a notice updating the

28

100084393.4

1   Court as to the progress of their meet and confer sessions on or before March 29, 2023.

2   Defendants need not respond to the operative complaint until the date set in the Court's

3   scheduling order.

4          2.      Other than as agreed herein, the Parties reserve all rights.

5   DATED:  March 8, 2023                          DATED:  March 8, 2023

6   **WILK AUSLANDER LLP**                         **LEVERTY & ASSOCIATES LAW CHTD**

7   */s/ Michael Van Riper*                        */s/ Patrick R. Leverty*

8   Jay S. Auslander                               PATRICK R. LEVERTY
    Natalie Shkolnik                               Reno Gould House
9   Aari Itzkowitz                                 832 Willow Street
    Michael Van Riper                              Reno, NV 89502
10  825 Eighth Avenue, Ste. 2900                   pat@levertylaw.com
    New York, New York 10019                       *Liaison Counsel for Plaintiffs*
11  (212) 421-2902 tel
12  (212) 752-6380 fax                             **THE BROWN LAW FIRM, P.C.**
    jauslander@wilkauslander.com                   Timothy Brown
13  nshkolnik@wilkauslander.com                    767 Third Avenue, Ste. 2501
    aitzkowitz@wilkauslander.com                   New York, NY 10017
14  mvanriper@wilkauslander.com                    tbrown@thebrownlawfirm.net
15  *Counsel for Defendants*                       *Co-Lead Counsel for Plaintiffs*

16  **FOX ROTHSCHILD LLP**                         **THE ROSEN LAW FIRM, P.A.**
                                                   Phillip Kim
17  */s/ Colleen E. McCarty*                       275 Madison Avenue, 40th Fl.
18  MARK J. CONNOT (10010)                         New York, NY 10016
    COLLEEN E. MCCARTY (13186)                     pkim@rosenlegal.com
19  1980 Festival Plaza Drive, Ste. 700            *Co-Lead Counsel for Plaintiffs*
    Las Vegas, NV 89135
20  mconnot@foxrothschild.com
    cmcarty@foxrothschild.com
21  *Liaison Counsel for Defendants*

22                          **ORDER**
23                       **IT IS SO ORDERED**

24                   **DATED:** 3:58 pm, March 13, 2023

25

26

27  **BRENDA WEKSLER**
    **UNITED STATES MAGISTRATE JUDGE**

28
                              5