```
MARK J. CONNOT (10010)
COLLEEN E. MCCARTY (13186)
```
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Ste. 700
Las Vegas, NV 89135
Telephone: 702.262.6899
Facsimile:  702.597.5503
mconnot@foxrothschild.com
cmcarty@foxrothschild.com
*Liaison Counsel for Defendants*

MICHAEL VAN RIPER *(Pro Hac Vice)*
NATALIE SHKOLNIK *(Pro Hac Vice)*
AARI ITZKOWITZ *(Pro Hac Vice)*
JAY AUSLANDER *(Pro Hac Vice)*
**WILK AUSLANDER LLP**
825 Eighth Avenue, Ste. 2900
New York, NY  10019
Telephone: 212.421.2902
Facsimile: 212.752.6380
mvanriper@wilkauslander.com
nshkolnik@wilkauslander.com
aitzkowitz@wilkauslander.com
jauslander@wilkauslander.com
*Counsel for Defendants*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE CLEANSPARK, INC. DERIVATIVE LITIGATION,<br><br>This Document Relates to:<br>          ALL ACTIONS. | Case No.: 2:21-cv-01004-GMN-BNW<br><br>**JOINT STIPULATION AND [proposed] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

Plaintiffs Andrea Ciceri and Mark Perna ("Plaintiffs"), derivatively on behalf of Nominal Plaintiff CleanSpark, Inc. ("CleanSpark") and Defendants Zachary K. Bradford, Lori L. Love, S. Matthew Schultz, Larry McNeill, Thomas L. Wood, Roger P. Beynon (the "Individual Defendants"), and Nominal Defendant CleanSpark (together with the Individual Defendants, "Defendants") (collectively, with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby enter into the following stipulation and proposed order:

1

**WHEREAS**, on January 21, 2022, this Court issued an Order staying proceedings in this matter (the "Stay Order"); and

**WHEREAS**, the Stay Order provided that the stay of proceedings in this matter would be terminated upon, inter alia, denial in whole or in part of the then-anticipated motion to dismiss by all defendants in the securities class action currently pending before the Hon. Loretta Preska in the Southern District of New York, *Bishins v. CleanSpark, Inc. et al.*, No. 21-cv-511 (LAP) (the "Securities Class Action"); and

**WHEREAS**, by Opinion & Order dated January 5, 2023, the court in the Securities Class Action denied the defendants' motion to dismiss, thereby terminating the stay of proceedings in this matter; and

**WHEREAS**, the Stay Order further provided that the Parties meet and confer and submit a proposed scheduling order for the Court's approval within two weeks of the date that the stay of proceedings in this matter is lifted; and

**WHEREAS**, on January 20, 2023, the Court entered an order, based on the Parties' stipulation dated January 19, 2023, extending the deadline for the Parties to file either a proposed scheduling order or a notice updating the Court as to the progress of their meet and confer sessions to on or before February 2, 2023; and

**WHEREAS**, on February 2, 2023, the Court entered an order, based on the Parties' stipulation dated February 1, 2023, extending the deadline for the Parties to file either a proposed scheduling order or a notice updating the Court as to the progress of their meet and confer sessions on or before February 24, 2023; and

**WHEREAS**, on February 24, 2023, the Court entered an order, based on the Parties' stipulation dated February 24, 2023, extending the deadline for the Parties to file either a proposed scheduling order or a notice updating the Court as to the progress of their meet and confer sessions to on or before March 8, 2023; and

**WHEREAS**, the Parties have been meeting and conferring, including by phone on January 13, 2023, February 24, 2023, March 6, 2023, March 29, 2023, April 10, 2023, and additional discussions thereafter, concerning a proposed scheduling order with respect to

Defendants' response to the complaint; and

**WHEREAS**, the Parties agree to extend the deadline for Defendants to respond to the complaint until on or before April 20, 2023; and

**WHEREAS**, Defendants intend to move to dismiss in response to the complaint on or before April 20, 2023; and

**WHEREAS**, concurrently with the submission of this Stipulation and [proposed] Order Extending Time to Respond to the Complaint, the Parties are submitting a Stipulation and [proposed] Order Setting Briefing Schedule for Defendants' Motion to Dismiss.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by the Parties hereto, through their undersigned counsel, subject to the approval of the Court, as follows:

1. Defendants' deadline to respond to the Complaint is extended until on or before April 20, 2023.

2. Other than as agreed herein, the Parties reserve all rights.

DATED: April 12, 2023

**WILK AUSLANDER LLP**

/s/ Natalie Shkolnik
Jay S. Auslander
Natalie Shkolnik
Aari Itzkowitz
Michael Van Riper
825 Eighth Avenue, Ste. 2900
New York, New York 10019
(212) 421-2902 tel
(212) 752-6380 fax
jauslander@wilkauslander.com
nshkolnik@wilkauslander.com
aitzkowitz@wilkauslander.com
mvanriper@wilkauslander.com
*Counsel for Defendants*

DATED: April 12, 2023

**LEVERTY & ASSOCIATES LAW CHTD**

/s/ Patrick R. Leverty
PATRICK R. LEVERTY
Reno Gould House
832 Willow Street
Reno, NV 89502
pat@levertylaw.com
*Liaison Counsel for Plaintiffs*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Ste. 2501
New York, NY 10017
tbrown@thebrownlawfirm.net
*Co-Lead Counsel for Plaintiffs*

3

144610797.1

| | | |
|---|---|---|
| 1 | **FOX ROTHSCHILD LLP** | **THE ROSEN LAW FIRM, P.A.** |
| 2 | | Phillip Kim |
| | /s/ Colleen E. McCarty | 275 Madison Avenue, 40th Fl. |
| 3 | MARK J. CONNOT (10010) | New York, NY 10016 |
| | COLLEEN E. MCCARTY (13186) | pkim@rosenlegal.com |
| 4 | 1980 Festival Plaza Drive, Ste. 700 | *Co-Lead Counsel for Plaintiffs* |
| | Las Vegas, NV 89135 | |
| 5 | mconnot@foxrothschild.com | |
| | cmcarty@foxrothschild.com | |
| 6 | *Liaison Counsel for Defendants* | |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** April 13, 2023

4

144610797.1