1  MARK J. CONNOT (10010)
   COLLEEN E. MCCARTY (13186)
2  **FOX ROTHSCHILD LLP**
   1980 Festival Plaza Drive, Ste. 700
3  Las Vegas, NV 89135
   Telephone: 702.262.6899
4  Facsimile:  702.597.5503
   mconnot@foxrothschild.com
5  cmcarty@foxrothschild.com
   *Liaison Counsel for Defendants*
6
   MICHAEL VAN RIPER *(Pro Hac Vice)*
7  NATALIE SHKOLNIK *(Pro Hac Vice)*
   AARI ITZKOWITZ *(Pro Hac Vice)*
8  JAY AUSLANDER *(Pro Hac Vice)*
   **WILK AUSLANDER LLP**
9  825 Eighth Avenue, Ste. 2900
   New York, NY  10019
10 Telephone: 212.421.2902
   Facsimile: 212.752.6380
11 mvanriper@wilkauslander.com
   nshkolnik@wilkauslander.com
12 aitzkowitz@wilkauslander.com
   jauslander@wilkauslander.com
13 *Counsel for Defendants*

14

15                  **UNITED STATES DISTRICT COURT**

16                        **DISTRICT OF NEVADA**

17 IN RE CLEANSPARK, INC. DERIVATIVE
   LITIGATION,                              Case No.: 2:21-cv-01004-GMN-BNW
18
   This Document Relates to:
19           ALL ACTIONS.                   **JOINT STIPULATION AND ORDER
                                            SETTING BRIEFING SCHEDULE
20                                          FOR DEFENDANTS' MOTION TO
                                            DISMISS**
21

22         Plaintiffs Andrea Ciceri and Mark Perna ("Plaintiffs"), derivatively on behalf of Nominal

23 Plaintiff CleanSpark, Inc. ("CleanSpark") and Defendants Zachary K. Bradford, Lori L. Love, S.

24 Matthew Schultz, Larry McNeill, Thomas L. Wood, Roger P. Beynon (the "Individual

25 Defendants"), and Nominal Defendant CleanSpark (together with the Individual Defendants,

26 "Defendants") (collectively, with Plaintiffs, the "Parties"), by and through their undersigned

27 counsel, hereby enter into the following stipulation and proposed order:

28

                                            1

### The Six Derivative Actions

**WHEREAS**, on May 26, 2021, plaintiff Andrea Ciceri filed a shareholder derivative action on behalf of nominal defendant CleanSpark in the United States District Court for the District of Nevada, captioned *Ciceri v. Bradford, et al.*, Case No. 2:21-cv-01004-GMN-BNW ("*Ciceri*").  *Ciceri* was assigned to this Court; and

**WHEREAS**, on June 22, 2021, plaintiff Mark Perna filed a second shareholder derivative action on behalf of nominal defendant CleanSpark in the United States District Court for the District of Nevada, captioned *Perna v. Bradford, et al.*, Case No. 2:21-cv-01181-GMN-BNW ("*Perna*").  *Perna*  was also assigned to this Court; and

**WHEREAS**, on June 29, 2021, this Court consolidated *Ciceri* and *Perna* into the above-captioned action (the "Consolidated Action") and designated the complaint filed in *Ciceri* as the operative complaint pursuant to a Joint Stipulation and Order Consolidating Related Actions and Appointing Co-Lead Counsel (the "Consolidation Order"); and

**WHEREAS**, on February 24, 2023, plaintiff Nicholas Iraci filed a third shareholder derivative action on behalf of nominal defendant CleanSpark in the Eighth Judicial District Court of the State of Nevada in and for Clark County, captioned *Iraci v. Bradford, et al.*, Case No. A-23-866172-C ("*Iraci*"); and

**WHEREAS**, on February 28, 2023, defendant S. Matthew Schultz ("Schultz") filed a Petition for Removal and Notice of Petition for Removal, removing *Iraci* to the United States District Court for the District of Nevada.  *Iraci* is now pending in the United States District Court for the District of Nevada before the Honorable Jennifer A. Dorsey, captioned *Iraci v. Bradford, et al.*, Case No. 2:23-cv-00315-JAD-NJK.  On March 6, 2023, defendant Schultz filed a Notice of Related Case, requesting that *Iraci* be transferred to this Court and added to the Consolidated Action; and

**WHEREAS**, on March 1, 2023, plaintiff Eric Atanasoff filed a fourth shareholder derivative action on behalf of nominal defendant CleanSpark in the Eighth Judicial District Court of the State of Nevada in and for Clark County, captioned *Atanasoff v. Bradford, et al.*, Case No. A-23-866492-C ("*Atanasoff*"); and

**WHEREAS**, on March 7, 2023, defendant Schultz filed a Petition for Removal and Notice of Petition for Removal, removing *Atanasoff* to the United States District Court for the District of Nevada.  *Atanasoff* is now pending in the United States District Court for the District of Nevada before the Honorable Anne R. Traum, captioned *Atanasoff v. Bradford, et al.*, Case No. 2:23-cv-00358-ART-BNW.  On March 9, 2023, defendant Schultz filed a Notice of Related Case, requesting that *Atanasoff* be transferred to this Court and added to the Consolidated Action; and

**WHEREAS**, on February 21, 2013, plaintiff Brandon Smith filed a shareholder derivative action on behalf of nominal defendant CleanSpark in the Eighth Judicial District Court of the State of Nevada in and for Clark County, captioned *Smith v. Bradford, et al.*, Case No. A-23-866051-C ("*Smith*"); and

**WHEREAS**, on March 23, 2023, Defendants filed a Petition for Removal and Notice of Removal, removing *Smith* to the United States District Court for the District of Nevada.  *Smith* is now pending in the United States District Court for the District of Nevada before this Court, captioned *Smith v. Bradford, et al.*, Case No. 2:23-cv-00445-GMN-BNW.  On March 24, 2023, Defendants filed a Notice of Related Case, requesting that *Smith* be added to the Consolidated Action; and

**WHEREAS**, on March 8, 2023, plaintiff Travis France filed a shareholder derivative action on behalf of nominal defendant CleanSpark in the Eighth Judicial District Court of the State of Nevada in and for Clark County, captioned *France v. Bradford, et al.*, Case No. A-23-866925-C ("*France*" and together with the *Iraci*, *Atanasoff*, *Smith*, and the Consolidated Action, the "Six Derivative Actions") ; and

**WHEREAS**, on March 23, 2023, Defendants filed a Petition for Removal and Notice of Removal, removing *France* to the United States District Court for the District of Nevada. *France* is also now pending in the United States District Court for the District of Nevada before this Court, captioned *France v. Bradford, et al.*, Case No. 2:23-cv-00444-GMN-NJK.  On March 24, 2023, Defendants filed a Notice of Related Case, requesting that *France* be added to the Consolidated Action; and

1    **WHEREAS**, on March 24, 2023, Defendants filed a Motion to Consolidate in the
2    Consolidated Action, with notifications for *Iraci*, *Atanasoff*, *Smith*, and *France*, requesting that
3    those cases be consolidated with the Consolidated Action before this Court; and

4    **WHEREAS**, between March 30, 2023 and April 6, 2023, plaintiffs in *Iraci*, *Atanasoff*,
5    *Smith*, and *France* all filed motions to remand those actions back to state court; and

6                                              **This Action**

7    **WHEREAS**, on April 12, 2023, after meeting and conferring extensively, the Parties
8    submitted a joint Stipulation and [proposed] Order Extending Time to Respond to Complaint
9    (the "Stipulation") agreeing to extend the time to respond to the Complaint until April 20, 2023,
10   which the Court subsequently endorsed; and

11   **WHEREAS**, on April 20, 2023, Defendants moved to dismiss the Complaint; and

12   **WHEREAS**, given the crowded briefing schedules in the Six Derivative Actions, the
13   Parties agree to extend the deadline for Plaintiff to oppose Defendants' motion to dismiss the
14   complaint until on or before May 22, 2023; and

15   **WHEREAS**, given the crowded briefing schedules in the Six Derivative Actions, the
16   Parties agree to extend the deadline for Defendants to reply in support of their motion to dismiss
17   the complaint until on or before June 7, 2023.

18   **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by the Parties
19   hereto, through their undersigned counsel, subject to the approval of the Court, as follows:

20       1.      Plaintiff's deadline to oppose Defendants' motion to dismiss the complaint is
21   extended until on or before May 22, 2023.

22       2.      Defendants' deadline to reply in support of their motion to dismiss the complaint
23   is extended until on or before June 7, 2023.

24       3.      Other than as agreed herein, the Parties reserve all rights.

25

26                                  *[signatures on following page]*

27

28

                                                  4

DATED:  April 26, 2023

**WILK AUSLANDER LLP**

/s/ Aari Itzkowitz
Jay S. Auslander
Natalie Shkolnik
Aari Itzkowitz
Michael Van Riper
825 Eighth Avenue, Ste. 2900
New York, New York 10019
(212) 421-2902 tel
(212) 752-6380 fax
jauslander@wilkauslander.com
nshkolnik@wilkauslander.com
aitzkowitz@wilkauslander.com
mvanriper@wilkauslander.com
*Counsel for Defendants*

**FOX ROTHSCHILD LLP**

/s/ Colleen McCarty
MARK J. CONNOT (10010)
COLLEEN E. MCCARTY (13186)
1980 Festival Plaza Drive, Ste. 700
Las Vegas, NV 89135
mconnot@foxrothschild.com
cmcarty@foxrothschild.com
*Liaison Counsel for Defendants*

DATED:  April 26, 2023

**LEVERTY & ASSOCIATES LAW CHTD**

/s/ Patrick Leverty
PATRICK R. LEVERTY
Reno Gould House
832 Willow Street
Reno, NV 89502
pat@levertylaw.com
*Liaison Counsel for Plaintiffs*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Ste. 2501
New York, NY 10017
tbrown@thebrownlawfirm.net
*Co-Lead Counsel for Plaintiffs*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Avenue, 40th Fl.
New York, NY 10016
pkim@rosenlegal.com
*Co-Lead Counsel for Plaintiffs*

## ORDER

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** ___April 27, 2023___