Patrick Leverty, Esq. (NV Bar #8840)
LEVERTY & ASSOCIATES LAW CHTD.
Reno Gould House
832 Willow Street
Reno, NV 89502
pat@levertylaw.com
*Liaison Counsel for Plaintiffs*
*Counsel for Defendants*

Timothy Brown
THE BROWN LAW FIRM, P.C.
767 Third Avenue, Ste. 2501
New York, NY 10017
tbrown@thebrownlawfirm.net
*Co-Lead Counsel for Plaintiffs*

Phillip Kim
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Fl.
New York, NY 10016
pkim@rosenlegal.com
*Co-Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE CLEANSPARK, INC. DERIVATIVE LITIGATION,<br><br>This Document Relates to:<br>ALL ACTIONS. | Case No.: 2:21-cv-01004-GMN-BNW<br><br>**JOINT STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |

Plaintiffs Andrea Ciceri and Mark Perna ("Plaintiffs"), derivatively on behalf of Nominal Plaintiff CleanSpark, Inc. ("CleanSpark") and Defendants Zachary K. Bradford, Lori L. Love, S. Matthew Schultz, Larry McNeill, Thomas L. Wood, Roger P. Beynon (the "Individual Defendants"), and Nominal Defendant CleanSpark (together with the Individual Defendants, "Defendants") (collectively, with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby enter into the following stipulation and proposed order:

**WHEREAS**, on April 14, 2023, this Court granted the Parties' Joint Stipulation and [Proposed] Order Setting Briefing Schedule for Defendants' Motion to Dismiss and (1) extended

1

1  Plaintiff's deadline to oppose Defendants' motion to dismiss the complaint until on or before
2  May 22, 2023, and (2) extended Defendants' deadline to reply in support of their motion to
3  dismiss the complaint until on or before June 7, 2023; and

4      **WHEREAS**, the Parties agree to extend the deadline for Plaintiffs to oppose Defendants'
5  motion to dismiss the complaint until on or before June 12, 2023; and

6      **WHEREAS**, the Parties agree to extend the deadline for Defendants to reply in support
7  of their motion to dismiss the complaint until on or before July 13, 2023.

8      **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by the Parties
9  hereto, through their undersigned counsel, subject to the approval of the Court, as follows:

10      1.    Plaintiffs' deadline to oppose Defendants' motion to dismiss the complaint is
11  extended until on or before June 12, 2023.

12      2.    Defendants' deadline to reply in support of their motion to dismiss the complaint
13  is extended until on or before July 13, 2023.

14      3.    Other than as agreed herein, the Parties reserve all rights.

| DATED: May 22, 2023 | DATED: May 22, 2023 |
|---|---|
| **WILK AUSLANDER LLP** | **LEVERTY & ASSOCIATES LAW CHTD** |
| /s/ Aari Itzkowitz | /s/ Patrick Leverty |
| Jay S. Auslander | PATRICK R. LEVERTY |
| Natalie Shkolnik | Reno Gould House |
| Aari Itzkowitz | 832 Willow Street |
| Michael Van Riper | Reno, NV 89502 |
| 825 Eighth Avenue, Ste. 2900 | pat@levertylaw.com |
| New York, New York 10019 | *Liaison Counsel for Plaintiffs* |
| (212) 421-2902 tel | |
| (212) 752-6380 fax | **THE BROWN LAW FIRM, P.C.** |
| jauslander@wilkauslander.com | Timothy Brown |
| nshkolnik@wilkauslander.com | 767 Third Avenue, Ste. 2501 |
| aitzkowitz@wilkauslander.com | New York, NY 10017 |
| mvanriper@wilkauslander.com | tbrown@thebrownlawfirm.net |
| *Counsel for Defendants* | *Co-Lead Counsel for Plaintiffs* |
| **FOX ROTHSCHILD LLP** | **THE ROSEN LAW FIRM, P.A.** |
| | Phillip Kim |
| /s/ Colleen McCarty | 275 Madison Avenue, 40th Fl. |
| MARK J. CONNOT (10010) | New York, NY 10016 |
| COLLEEN E. MCCARTY (13186) | pkim@rosenlegal.com |

2

1980 Festival Plaza Drive, Ste. 700  *Co-Lead Counsel for Plaintiffs*
Las Vegas, NV 89135
mconnot@foxrothschild.com
cmcarty@foxrothschild.com
*Liaison Counsel for Defendants*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: _May 22, 2023_