HOWARD & HOWARD ATTORNEYS PLLC
Robert Hernquist, Nevada Bar No. 10616
James Kohl, Nevada Bar No. 5692
rwh@h2law.com; jak@h2law.com
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
Telephone: (702) 257-1483
Facsimile: (702) 567-1568

KAPLAN RICE LLP
Howard J. Kaplan, Admitted Pro Hac Vice
Michelle A. Rice, Admitted Pro Hac Vice
142 W. 57th Street, Suite 4A
New York, New York 10019

*Attorneys for Intervenor Special Litigation Committee of CleanSpark, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE CLEANSPARK, INC. DERIVATIVE LITIGATION,<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. 2:21-cv-01004-GMN-BNW<br><br>**STIPULATION TO EXTEND STAY (FIRST REQUEST)** |

Intervenor Special Litigation Committee of CleanSpark, Inc. ("SLC"), Plaintiffs Andrea Ciceri And Mark Perna ("Plaintiffs") and Defendant CleanSpark, Inc. ("Defendant") hereby stipulate and agree to extend the stay allowing the SLC to complete its investigation and report from July 23, 2024 to August 9, 2024. (See ECF 79).

An extension is necessary to allow the SLC to complete its report and conclude its deliberations.

{00129072.1}    1

4882-0457-3880, v. 1

| | |
|---|---|
| HOWARD & HOWARD ATTORNEYS PLLC | LEVERTY & ASSOCIATES LAW CHTD. |
| By: /s/ Robert Hernquist<br>Robert Hernquist, Nevada Bar No. 10616<br>James Kohl, Nevada Bar No. 5692<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, Nevada 89169 | By: /s/ Patrick R. Leverty<br>Patrick R. Leverty<br>Reno Gould House<br>832 Willow Street<br>Reno, NV 89502 |
| KAPLAN RICE LLP<br>Howard J. Kaplan, Admitted Pro Hac Vice<br>Michelle A. Rice, Admitted Pro Hac Vice<br>142 W. 57th Street, Suite 4A<br>New York, New York 10019 | *Liaison Counsel for Plaintiffs*<br><br>THE BROWN LAW FIRM, P.C.<br>Timothy Brown (pro hac vice)<br>767 Third Avenue, Suite 2501<br>New York, NY 10017 |
| *Attorneys for Intervenor Special Litigation Committee of CleanSpark, Inc.* | *Co-Lead Counsel for Plaintiffs* |
| FOX ROTHSCHILD LLP<br><br>By: /s/ Colleen E. McCarty<br>Mark J. Connot, Nevada Bar No. 10010<br>Colleen E. McCarty, Nevada Bar No. 13186<br>1980 Festival Plaza Drive, Ste. 700<br>Las Vegas, Nevada 89135 | THE ROSEN LAW FIRM, P.A.<br>Phillip Kim (pro hac vice)<br>275 Madison Avenue, 40th Floor<br>New York, NY 10016<br><br>*Co-Lead Counsel for Plaintiffs* |
| Jay S. Auslander (pro hac vice)<br>Natalie Shkolnik (pro hac vice)<br>Aari Itzkowitz (pro hac vice)<br>Michael Van Riper (pro hac vice)<br>WILK AUSLANDER LLP<br>825 Eighth Avenue, Ste. 2900<br>New York, New York 10019 | |

*Counsel for Defendants Zachary K. Bradford, Lori Love, S. Matthew Schultz, Roger P. Beynon, Larry McNeill, Thomas L. Wood and Nominal Defendant CleanSpark, Inc.*

IT IS SO ORDERED. The stay of this case is extended until August 9, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated  July 23, 2024