HOWARD & HOWARD ATTORNEYS PLLC
Robert Hernquist, Nevada Bar No. 10616
James Kohl, Nevada Bar No. 5692
rwh@h2law.com
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
Telephone: (702) 257-1483
Facsimile: (702) 567-1568

KAPLAN RICE LLP
Howard J. Kaplan, Admitted Pro Hac Vice
Michelle A. Rice, Admitted Pro Hac Vice
142 W. 57th Street, Suite 4A
New York, New York 10019
hkaplan@kaplanrice.com
mrice@kaplanrice.com
*Attorneys for Intervenor Special Litigation*
*Committee of CleanSpark, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE CLEANSPARK, INC. DERIVATIVE LITIGATION, | Case No. 2:21-cv-01004-GMN-BNW |
| This Document Relates to: | **STIPULATION AND ORDER TO EXTEND STAY** |
| ALL ACTIONS | |

The Intervenor Special Litigation Committee of CleanSpark, Inc. ("SLC"), Plaintiffs Andrea Ciceri and Mark Perna ("Plaintiffs") and Defendants Zachary K. Bradford, Lori L. Love, S. Matthew Schultz, Larry McNeill, Thomas L. Wood, Roger P. Beynon, and Nominal Defendant CleanSpark ("Defendants", and collectively with Plaintiffs, the "Parties") in this matter, by and through their respective undersigned counsel, hereby enter into the following stipulation and proposed order:

**WHEREAS**, on October 9, 2023, the SLC moved to intervene in the above-captioned consolidated federal derivative action and moved to stay the action pending the completion of the SLC investigation. (ECF 75 & 76).

1

**WHEREAS**, on October 23, 2023, this Court granted SLC's motions to intervene and stay the above-captioned consolidated federal derivative action.  (ECF 79).

**WHEREAS,** on September 18, 2024, this Court ordered that the parties shall have until October 16, 2024 to file a motion or stipulation addressing whether the stay should be lifted. (ECF 91).

**WHEREAS**, on October 16, 2024, the SLC filed its Motion To Defer To The Special Litigation Committee's Determination That The Claims Should Be Dismissed ("Motion to Defer") and further moved to have the stay extended until the Court determines its Motion to Defer.  (ECF 92).  The current deadline for any responses to that motion is October 30, 2024.

**WHEREAS**, the parties are currently in the process of negotiating the terms of a stipulated protective order regarding the SLC's Report and exhibits referenced therein and the parties intend to meet and confer concerning a protocol for further proceedings in this matter and whether a further stay is appropriate.

**IT IS SO AGREED AND STIPULATED,** by the Parties hereto, through their undersigned counsel, subject to the approval of the Court as follows:

1.      The stay be extended up to and including November 22, 2024.

2.      Prior to November 22, 2024, the Parties will submit a status update to the Court, and if appropriate a proposed schedule for further proceedings.

3.      That Plaintiffs' current response deadline to the SLC's Motion to Defer is hereby vacated and that the Parties will instead met and confer and then submit a proposed briefing schedule to the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1          4.      Other than as agreed herein, the Parties reserve all rights.

2

3    WILK AUSLANDER LLP                          LEVERTY & ASSOCIATES LAW CHTD.

4    By: /s/ Aari Itzkowitz                      By:   /s/   Patrick Leverty
     Jay S. Auslander (*pro hac vice*)           Patrick R. Leverty
5    Natalie Shkolnik (*pro hac vice*)           Reno Gould House
     Aari Itzkowitz (*pro hac vice*)             832 Willow Street
6    Michael Van Riper (*pro hac vice*)          Reno, NV 89502
7    825 Eighth Avenue, Ste. 2900
     New York, New York 10019                    *Liaison Counsel for Plaintiffs*
8
     Mark J. Connot, Nevada Bar No. 10010        THE BROWN LAW FIRM, P.C.
9    Colleen E. McCarty, Nevada Bar No. 13186    Timothy Brown (*pro hac vice*)
     FOX ROTHSCHILD LLP                          767 Third Avenue, Suite 2501
10   1980 Festival Plaza Drive, Ste. 700         New York, NY 10017
     Las Vegas, Nevada 89135
11                                               *Co-Lead Counsel for Plaintiffs*
     *Counsel for Defendants*
12                                               THE ROSEN LAW FIRM, P.A.
13                                               Phillip Kim (*pro hac vice*)
                                                 275 Madison Avenue, 40th Floor
14   HOWARD & HOWARD ATTORNEYS PLLC              New York, NY 10016

15   By:   /s/  Robert Hernquist                 *Co-Lead Counsel for Plaintiffs*
     Robert Hernquist, Nevada Bar No. 10616
16   James Kohl, Nevada Bar No. 5692

17   KAPLAN RICE LLP
18   Howard J. Kaplan (*pro hac vice*)
     Michelle A. Rice (*pro hac vice*)
19
     *Attorneys for Intervenor Special Litigation*
20   *Committee of CleanSpark, Inc.*

21

22   **IT IS SO ORDERED.**  This case shall remain stayed through November 22, 2024.

23

24   DATED this _____28_____ day of October, 2024.

25

26                                               _____

27                                               **Gloria M. Navarro**
                                                 **UNITED STATES DISTRICT JUDGE**
28
                                        3