HOWARD & HOWARD ATTORNEYS PLLC
Robert Hernquist, Nevada Bar No. 10616
James Kohl, Nevada Bar No. 5692
rwh@h2law.com; jak@h2law.com
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
Telephone: (702) 257-1483
Facsimile: (702) 567-1568

KAPLAN RICE LLP
Howard J. Kaplan, Admitted Pro Hac Vice
Michelle A. Rice, Admitted Pro Hac Vice
142 W. 57th Street, Suite 4A
New York, New York 10019

*Attorneys for Intervenor Special Litigation Committee of CleanSpark, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE CLEANSPARK, INC. DERIVATIVE LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 2:21-cv-01004-GMN-BNW<br><br>**STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL (WITH PREJUDICE)** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Andrea Ciceri and Mark Perna ("Plaintiffs"), by and through their respective undersigned counsel, hereby dismiss the above-captioned consolidated matter in its entirety, with prejudice as to all claims, causes of action and parties and with each party to bear its own attorneys' fees and costs.

This dismissal includes the dismissal of all claims asserted in the following actions, which have been consolidated into this action:

- *Andrea Ciceri, derivatively on behalf of CleanSpark, Inc. v. Zachary Bradford, Lori Love, Matthew Schutz, Roger Beynon, Larry McNeill and Tom Wood and Nominal Defendant CleanSpark, Inc.,* Case No. 2:21-cv-01004, which was filed on May 26, 2021; and

- *Mark Perna, derivatively on behalf of CleanSpark, Inc. v. Zachary Bradford, Lori Love, Matthew Schutz, Roger Beynon, Larry McNeill and Tom Wood and Nominal Defendant CleanSpark, Inc.,* Case No. 2:21-cv-01181, which was filed on June 22, 2021.

The dismissal is not intended to, and does not, dismiss or compromise the claims in the consolidated derivative action pending in the Eighth Judicial District Court, Clark County, Nevada:

- *In re CleanSpark Inc. Derivative Litigation,* Case No. A-23-866051-B (Dept. 13) ("Nevada State Derivative Action").

Notice of this voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) because neither Plaintiffs nor Plaintiffs' counsel have received or will receive any compensation for this dismissal, and because other shareholders who are plaintiffs in the Nevada State Derivative Action, which remains pending, make substantially similar claims as the Plaintiffs. The SLC takes no position on this issue.

**IT IS SO AGREED AND STIPULATED:**

| | |
|---|---|
| WILK AUSLANDER LLP | THE BROWN LAW FIRM, P.C. |
| By: /s/ Aari Itzkowitz | By: /s/ Timothy Brown |
| Jay S. Auslander (*pro hac vice*) | Timothy Brown (*pro hac vice*) |
| Natalie Shkolnik (*pro hac vice*) | 767 Third Avenue, Suite 2501 |
| Aari Itzkowitz (*pro hac vice*) | New York, NY 10017 |
| Michael Van Riper (*pro hac vice*) | |
| 825 Eighth Avenue, Ste. 2900 | *Co-Lead Counsel for Plaintiffs* |
| New York, New York 10019 | |
| | Patrick R. Leverty |
| Mark J. Connot, Nevada Bar No. 10010 | LEVERTY & ASSOCIATES LAW CHTD. |
| Colleen E. McCarty, Nevada Bar No. 13186 | Reno Gould House |
| FOX ROTHSCHILD LLP | 832 Willow Street |
| 1980 Festival Plaza Drive, Ste. 700 | Reno, NV 89502 |
| Las Vegas, Nevada 89135 | |
| *Counsel for Defendants* | *Liaison Counsel for Plaintiffs* |
| | |
| HOWARD & HOWARD ATTORNEYS PLLC | THE ROSEN LAW FIRM, P.A. |
| | Phillip Kim (*pro hac vice*) |
| By: /s/ Robert Hernquist | 275 Madison Avenue, 40th Floor |
| Robert Hernquist, Nevada Bar No. 10616 | New York, NY 10016 |
| James Kohl, Nevada Bar No. 5692 | *Co-Lead Counsel for Plaintiffs* |
| KAPLAN RICE LLP | |
| Howard J. Kaplan, Admitted Pro Hac Vice | |
| Michelle A. Rice, Admitted Pro Hac Vice | |
| | |
| *Attorneys for Intervenor Special Litigation Committee of CleanSpark, Inc.* | |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties pursuant to Federal Rule of Civil Procedure 41(a), it is HEREBY ORDERED THAT THIS ACTION IS HEREBY DISMISSED, WITH PREJUDICE, as to all claims, causes of action and parties with each party to bear its own attorneys' fees and costs. This order of dismissal is not intended to, and does not, dismiss or compromise the claims in the consolidated derivative action pending in the Eighth Judicial District Court, Clark County, Nevada: *In re CleanSpark Inc. Derivative Litigation*, Case No. A-23-866051-B (Dept. 13). All other pending motions are DENIED as moot.

Dated: December __12__, 2024.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE